IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02130-BNB

JERRY LEWIS DEDRICK,

    Plaintiff,

v.

UNITED STATES DEPARTMENT OF JUSTICE AGENCY, et al.,

    Defendant.

**F I L E D**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**OCT 22 2009**

GREGORY C. LANGHAM
                CLERK

---

ORDER OF DISMISSAL

---

Plaintiff Jerry Lewis Dedrick is in the custody of the United States Bureau of

Prisons and currently is incarcerated at the United States Penitentiary in Florence,

Colorado.  On August 31, 2009, Mr. Dedrick initiated this action by submitting to the

Court a pleading titled, "Plaintiff's Request for an [sic] Preliminary Injunction Order," an

"Application to Proceed Without Prepayment of Fees and Affidavit," and a proposed

order.  Magistrate Judge Boyd N. Boland entered an order on September 8, 2009,

finding that the submitted documents are deficient and directing Mr. Dedrick to file his

claims on a Court-approved form used in filing prisoner complaints, to submit to a

Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915, and

to attach a **certified copy** of his trust fund account statement for the six months

immediately preceding his filing.  Mr. Dedrick was warned that if he failed to comply

within the time allowed the Complaint and action would be dismissed.

On September 24, 2009, Mr. Dedrick submitted a Prisoner Complaint, a
Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915, and
a copy of his trust fund account statement.  The trust fund account statement, as
required by 28 U.S.C. § 1915(a)(2), is not certified by a prison official.  Although Mr.
Dedrick explains on Page Two of the § 1915 Motion and Affidavit why the account
statement does not cover the entire six months immediately preceding the filing of this
action, he does not explain why the statement is not certified.  Mr. Dedrick, therefore,
has failed to cure all the deficiencies noted in the September 8, 2009, Order within the
time allowed.  Accordingly, it is

ORDERED that the Complaint and action are dismissed without prejudice for
failure to cure all the deficiencies within the time allowed.

DATED at Denver, Colorado, this _21_ day of _____ Oct. _____, 2009.

BY THE COURT:


_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-02130-BNB

James Lewis Dedrick
Reg No. 27140-180
US Penitentiary
P.O. Box 7000
Florence, CO 81226


I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on  10/22/09

GREGORY C. LANGHAM, CLERK

By:_____
                    Deputy Clerk