**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 09-cv-02130-ZLW

JERRY LEWIS DEDRICK,

      Plaintiff,

v.

UNITED STATES DEPARTMENT OF JUSTICE AGENCY, et al.,

      Defendant.

---

**MINUTE ORDER**

---

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

      On January 8, 2010, Plaintiff submitted to the Court a Motion for Reconsideration. For the same reasons stated in the Court's November 20, 2009, Order, reconsideration of the Order of Dismissal is DENIED.

Dated:  January 12, 2010